

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00012-CV

**IN RE** Andrew M. **PARKER**

Original Proceeding[1]

PER CURIAM

Sitting:      Irene Rios, Justice
              Lori Massey Brissette, Justice
              Adrian A. Spears II, Justice

Delivered and Filed: January 14, 2026

PETITION FOR WRIT OF MANDAMUS DENIED; EMERGENCY MOTION FOR TEMPORARY RELIEF DENIED AS MOOT

Relator filed his petition for writ of mandamus and emergency motion for temporary relief on January 6, 2026. Having reviewed the petition, motion, and accompanying record, this court has determined that relator has not established that he is entitled to the relief sought. The petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). The emergency motion for temporary relief is **DENIED AS MOOT**.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2012-CI-05517, styled *Fidelity National Title Insurance Company v. Andrew M. Parker*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Marisa Flores presiding.